IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BRIAN WILSON,                          )
                                       )
        Plaintiff,                     )
                                       )
vs.                                    )        Civ. No. 05-2157-Ma/P
                                       )
TENNESSEE DEPARTMENT OF                )
TRANSPORTATION, et al.,                )
                                       )
        Defendants.                    )
                                       )

_____

ORDER GRANTING DEFENDANTS TENNESSEE DEPARTMENT OF TRANSPORTATION
("TDOT") AND GERALD F. NICELY'S MOTION FOR MORE DEFINITE
STATEMENT

_____

    Before the Court is defendants Tennessee Department of

Transportation and Gerald F. Nicely in his Official Capacity as

Commissioner of TDOT's Motion for More Definite Statement, filed

April 21, 2005 (Dkt #4).  Local Rule 7.2(a)(2) requires that

        the response to the motion and its supporting
        memorandum . . . shall be filed within fifteen
        days after service of the motion and shall be
        accompanied by a proposed order.  Failure to
        respond timely to any motion, other than one
        requesting dismissal of a claim or action, may
        be deemed good grounds for granting the
        motion.

    The time for filing a response to defendants' motion for more

definite statement has passed.  Therefore, the motion is GRANTED.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-16-05

Plaintiff shall file with the court a more definite statement within eleven (11) days from the date of this order.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

5/12/05

Date

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02157 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Brian C. Wilson
6034 Chandeleur Drive
Millington, TN 38053--812

Katherine K. Schulz
ATTORNEY GENERAL AND REPORTER (NashvilleCv)
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Honorable Samuel Mays
US DISTRICT COURT