IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _M_ D.C.

05 JUN 20  PM 2: 53

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

BRIAN WILSON,                          )
                                       )
            Plaintiff,                 )
                                       )
vs.                                    )       Civ. No. <u>05-2157-Ma/P</u>
                                       )
STATE OF TENNESSEE DEPARTMENT          )
OF TRANSPORTATION, et al.,             )
                                       )
            Defendants.                )
                                       )

---

### SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held June 16, 2005. Present were Brian Wilson, *pro se*, and Katherine Schulz, counsel for defendants.  At the conference, the following dates were established as the final dates for:

**MORE DEFINITE STATEMENT:** July 15, 2005

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):** July 15, 2005

**JOINING PARTIES:** August 15, 2005

**AMENDING PLEADINGS:** August 15, 2005

**INITIAL MOTIONS TO DISMISS:** September 15, 2005

**COMPLETING ALL DISCOVERY:** December 15, 2005

   **(a) DOCUMENT PRODUCTION:** December 15, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___6/21/05___

(b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: December 15, 2005

(c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

    (1)  **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: October 14, 2005

    (2)  **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: November 15, 2005

    (3)  **EXPERT WITNESS DEPOSITIONS**: December 15, 2005

**FILING DISPOSITIVE MOTIONS**: January 16, 2006

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately two (2) days.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice.  Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

June 20, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02157 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Brian C. Wilson
6034 Chandeleur Drive
Millington, TN 38053--812

Katherine K. Schulz
ATTORNEY GENERAL AND REPORTER (NashvilleCv)
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Honorable Samuel Mays
US DISTRICT COURT