IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 21 PM 2:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BRIAN C. WILSON,

    Plaintiff,

VS.                        NO. 05-2157-MaP

TENNESSEE DEPARTMENT OF
TRANSPORTATION, ET AL.,

    Defendants.

## ORDER EXTENDING TIME

Before the court is a letter dated July 15, 2005, from the defendant to the court which is deemed to be a motion for an extension of time within which to respond to the defendant's motion for a more definite statement. For good cause shown, the motion is granted. The plaintiff shall have to and including July 22, 2005, within which to file his response.

It is so ORDERED this **20th** day of July, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on **7-22-05**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02157 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Brian C. Wilson
6034 Chandeleur Drive
Millington, TN 38053--812

Honorable Samuel Mays
US DISTRICT COURT