IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BRIAN C. WILSON,

    Plaintiff,

VS.                                NO. 05-2157-MaP

STATE OF TENNESSEE DEPARTMENT
OF TRANSPORTATION,

    Defendant.

## ORDER TO SHOW CAUSE

On February 28, 2005, the *pro se* plaintiff filed a complaint in this court against the State of Tennessee Department of Transportation. On August 26, 2005, the court entered an order that, among other things, directed the plaintiff to file an amended complaint. On September 26, 2005, defendant filed a motion to dismiss. Plaintiff has not filed an amended complaint or responded to the pending motion to dismiss.

Plaintiff is directed to show cause within eleven (11) days of the entry of this order, why this matter should not be dismissed for failure to prosecute.

It is so ORDERED this 21st day of November, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02157 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Brian C. Wilson
6034 Chandeleur Drive
Millington, TN 38053--812

Kenneth E. Douthat
TUKE YOPP & SWEENEY, PLC
414 Union Street
Ste. 1100
Nashville, TN 37219--175

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Samuel Mays
US DISTRICT COURT